# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of October, two thousand and fourteen.

Before:　　Susan L. Carney,
　　　　　　　*Circuit Judge*.

_____

　Paul D. Ceglia, an individual,
　　Plaintiff-Appellant,

　v.

Mark Elliot Zuckerberg, an individual, Facebook, Inc., formerly known as TheFaceBook, Inc., a Delaware corporation,
　　Defendants-Appellees.

_____
_____

　Paul D. Ceglia,
　　Plaintiff-Appellant,

　v.

Eric H. Holder, Jr., as Attorney General of the United States, *et al.*,
　　Defendants-Appellees.

_____

**ORDER**
Docket No. 14-1365

**ORDER**
Docket No. 14-1752

Appellant moves to consolidate the above-captioned cases.

IT IS HEREBY ORDERED that the motion is DENIED. However, the cases shall be heard in tandem.

　　　　　　　　　　　　　　　　　　　　For the Court:
　　　　　　　　　　　　　　　　　　　　Catherine O'Hagan Wolfe,
　　　　　　　　　　　　　　　　　　　　Clerk of Court