## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Ceglia v. Zuckerberg                Docket No.: 14-1365

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Terrance P. Flynn

Firm: Harris Beach PLLC

Address: 726 Exchange Street, Suite 1000, Buffalo, NY 14210

Telephone: 716-200-5120          Fax: 716-200-5215

E-mail: tflynn@harrisbeach.com

Appearance for: Mark Elliot Zuckerberg and Facebook, Inc. / Defendants - Appellees
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Orin S. Snyder / Gibson, Dunn & Crutcher LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on January 6, 2014                                OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Terrance P. Flynn

Type or Print Name: Terrance P. Flynn