From
Date: Mon, 18 Aug 2003 04:20:10 -0400 (EDT)
From: Mark Elliot Zuckerberg
To:
Subject: update

# REDACTED

Jeff,

CONFIDENTIAL INFORMATION 000760

# REDACTED

Mark

From
Date: Mon, 18 Aug 2003 04:50:27 -0400 (EDT)
From: Mark Elliot Zuckerberg
To: paulceglia@msn.com
Subject: update

CONFIDENTIAL INFORMATION      000761