# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

―――――――――

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of March, two thousand fifteen.

―――――――――――――――――――――――――――――――

PAUL D. CEGLIA,

    *Plaintiff-Appellant*,

        v.

MARK ELLIOT ZUCKERBERG, an individual; FACEBOOK, INC., formerly known as TheFaceBook, Inc., a Delaware Corporation,

    *Defendants-Appellees.*

**ORDER TO SHOW CAUSE**

No. 14-1365-cv

―――――――――――――――――――――――――――――――

PAUL D. CEGLIA,

    *Plaintiff-Appellant*,

        v.

ERIC H. HOLDER, JR., as Attorney General of the United States; PREETINDER S. BHARARA, as U.S. Attorney for the Southern District of New York; JANIS M. ECHENBERG, as representative of the U.S. Attorney's Office for the Southern District of New York; CHRISTOPHER D. FRYE, as representative of the U.S. Attorney's Office for the Southern District of New York,

    *Defendants-Appellees.*

No. 14-1752-cv

―――――――――――――――――――――――――――――――

On or about March 6, 2015, Paul D. Ceglia, Plaintiff-Appellant in the captioned tandem appeals and the defendant in an upcoming criminal trial in U.S. District Court for the Southern District of New York, removed his electronic monitoring device and absconded from justice. *See* Bail Revocation Orders, *United States v. Ceglia*, No. 12 Cr. 876 (VSB) (S.D.N.Y. Mar. 10, 2015), ECF Nos. 149, 150 (revoking bail upon finding that "Ceglia cut off his electronic monitoring bracelet and left his home in violation of the conditions of his bail, and is presently a fugitive"); *see also*, Nate Raymond, *N.Y. Man Missing Ahead of Fraud Trial Over Facebook Claim: Lawyer*, REUTERS, Mar. 9, 2015, *available at* http://www.reuters.com/article/2015/03/10/us-facebook-trial-ceglia-idUSKBN0M605F20150310; Fred Imbert, *Alleged Facebook Schemer Removes Ankle Bracelet*, CNBC, Mar. 9, 2015, *available at* http://www.cnbc.com/id/102489378#.

IT IS HEREBY ORDERED that Plaintiff-Appellant show cause, on or before March 20, 2015, as to why the captioned civil appeals should not be dismissed on the grounds that a fugitive from justice is not entitled to adjudication of his civil claims. *See Esposito v. I.N.S.*, 987 F.2d 108, 110 (2d Cir. 1993) ("We have the authority to dismiss a civil appeal when our jurisdiction is invoked by a fugitive from justice."). Defendants-Appellees shall file a response within 10 days of Plaintiff-Appellant's submission. If Plaintiff-Appellant does not comply with this order, the captioned appeals will be dismissed forthwith.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court